*326 MR. JUSTICE SHEA,
concurring:
I join the opinion of the majority but merely want to comment on the last issue, that of the trial court’s reproducing the proposed findings and conclusions of the prevailing party and adopting them as its own. The judicial trial process is demeaned when the trial courts engage in these practices. It shows that the trial courts have given little or no thought to the decision making process other than to decide who wins.
Winning counsel can, of course, be proud that the trial court has adopted verbatim their proposed findings and conclusions. But losing counsel and their clients have a reasonable expectation that the trial court, before deciding the case, carefully considered their case. Verbatim parroting of proposed findings and conclusions can do nothing but deflate these expectations.